**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

MICHELLE V. SAMMET,

    Plaintiff,

vs.                                                                                          CASE NO. 3:08-cv-173-J-32TEM

BANK OF AMERICA CORP.,
a Delaware corporation, and,
Salomon Smith Barney, Inc.,
a Delaware corporation,

    Defendants.

## O R D E R

This case is before the Court on Plaintiff's Unopposed Motion and Memorandum in Support for Leave to Amend Complaint and in the Alternative, for Additional Time to Respond to Defendants' Motions to Dismiss (Doc. #613, Motion to Amend), filed April 28, 2008. Plaintiff requests to amend the complaint to correct errors raised by the Defendants' motions to dismiss. Plaintiff avers there is no opposition to the relief sought by the instant motion to amend the complaint (Doc. #13 at 2).

Rule 15(a) of the Federal Rules of Civil Procedure states that leave to amend "shall be freely given when justice so requires." Fed. R. Civ. P. 15; *Foman v. Davis*, 371 U.S. 178, 182 (1962). In the language of the *Foman* Court,

> In the absence of any apparent or declared reason–such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc.– the leave sought should, as the rules require, be 'freely given.'

*Foman*, 371 U.S. at 182. This Court finds Plaintiff's Motion to Amend (Doc. #13) not to be in bad faith, for purposes of delay, or for any suspect reason stated above. Further, Defendants would not be prejudiced by the amended complaint, but are free to refute such at trial or in summary

judgment proceedings. Thus, having reviewed this case, and for good cause shown, it is hereby

**ORDERED**:

1. Plaintiff's Motion to Amend (Doc. #13) is **GRANTED** as to the request for leave to amend the complaint.

2. Plaintiff is directed to file the amended complaint, which shall conform with the matters raised in the Motion to Amend, in accordance with all applicable rules and **within 10 days** of this Order.

3. Defendant Bank of America's motion to dismiss (Doc. #10) is **DENIED as moot.** Upon receipt of the amended complaint, Defendant is free to renew the motion to dismiss as appropriate.

4. Defendant Salomon Smith Barney, Inc.'s motion to dismiss (Doc. #12) is **DENIED as moot**. Upon receipt of the amended complaint, Defendant is free to renew the motion to dismiss as appropriate.

**DONE AND ORDERED** at Jacksonville, Florida, this 30th day of April, 2008.

Copies to:
Counsel of Record

*Thomas E. Morris*
**THOMAS E. MORRIS**
United States Magistrate Judge

2